UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-9-02 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Judge |
| v. | |
| DAVELLE EARL BLACKMAN, | |
| Defendant. | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for an initial appearance and arraignment on an indictment charging him one count of possession with intent to distribute methamphetamine. Defense counsel advised the Court after the hearing that Defendant will reserve the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 1, 2023         /s/ *Maarten Vermaat*
                                                 MAARTEN VERMAAT
                                                 U.S. MAGISTRATE JUDGE